# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Michael Neely,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 11-0635-CV-W-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award of Attorney's Fees Pursuant To The Equal Access To Justice Act, Or Alternatively, Pursuant To 42 U.S.C. §405(b)*, filed April 6, 2012 [Doc. 18]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award of Attorney's Fees Pursuant To The Equal Access To Justice Act, Or Alternatively, Pursuant To 42 U.S.C. §405(b)*, filed April 6, 2012 [Doc. 18] is **GRANTED** and plaintiff is awarded $6,400.00 in EAJA fees.

                */s/ John T. Maughmer*
                **JOHN T. MAUGHMER**
                **U. S. MAGISTRATE JUDGE**